# Exhibit B



USAO_000067



USAO_000068