## **Exhibit C**



USAO_000024