# **Exhibit D**



USAO_000023