**Exhibit E**

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**LABORATORIES AND SCIENTIFIC SERVICES DIRECTORATE**

## LABORATORY REPORT

| | | | |
|---|---|---|---|
| Lab Report #: | LA20190671 | ID #: | LX13CR19LX0002, DHSF6051S-2019272000266101 GP G1 |
| Submitted by: | JORGE MARRON | | |
| Received: | 05/08/2019 | Reported: | 05/13/2019 |
| Sample Description: | Two bags of suspected cocaine | | |
| Sample Components: | Suspected cocaine | | |
| Information Requested: | Test for controlled substances, List I/II chemicals | | |
| Supplement Info: | Incident #2019SA0015017 | | |
| | SEB #L2335086 | | |

**Narrative:**

The sample consists of two long flat vacuum sealed bags wrapped in tape and carbon paper, containing off-white powder/solids. Each bag was emptied into plastic zip-lock bags and labeled Bag #1, net weight 722.7 g, and Bag #2, net weight 721.3 g. The sample also contained two shorter vacuum sealed bags wrapped in tape and carbon paper, containing white powder. Each bag was emptied into plastic zip-lock bags labeled Bag #3, net weight 459.1 g, and Bag #4, 348.3 g. The vacuum sealed bags emptied into Bag # 2 and Bag #3 had both previously been cut open and sealed with green CBP tape. The sample was received in sealed evidence bag L2335086 on DHSF6051S-2019272000266101 GP Group 1.

The samples in all 4 bags were found to be predominantly Cocaine HCl, a Schedule II controlled substance under 21 C.F.R. Part 1308.

The remaining sample Bag #1 (net weight 722.6 g), Bag #2 (net weight 721.3 g), Bag #3 (net weight 459.1 g), and Bag #4 (net weight 348.2 g) will be returned to the submitting office.

METHODS USED: ASTM E1252, USP 621, USP 736, USP 1251, ASTM E2329, LATECH-CSA.

Analyst / Approved By

This U.S. Customs and Border Protection laboratory report and any attached files or information are provided "For Official Use Only". Results contained in this laboratory report relate only to the items tested. The Laboratory report may contain information that may be exempt from public release, under the Freedom of Information Act (5 U.S.C. 552) (FOIA) and/or the Privacy Act (5 U.S.C. 552a), or may be "Law Enforcement Sensitive". The information provided should not be employed for any other use that is not consistent with a use for which it has been provided and shall not be reproduced, except in full. All FOIA or any other requests for information pertaining to this laboratory report must be directed to the originator, U.S. Customs and Border Protection, Laboratories and Scientific Services Directorate for review and subsequent release.

CBP Form 6415B (02/17)

USAO_2_000235