CARLOS GROSSI
Reg. No. 78059-112
MDC Los Angeles
Metropolitan Detention Center
P.O. Box 1500
Los Angeles, CA 90053

PRO SE

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR-19-302-FMO |
|---|---|---|
| Plaintiff, | ) | **SENTENCING LETTER** |
| | ) | Hearing Date: November 4, 2021 |
| v. | ) | Time: 2:30 pm |
| | ) | Department: 6D |
| CARLOS GROSSI, | ) | |
| Defendant. | ) | |

    Defendant Carlos Grossi, PRO SE, hereby submits his letter regarding sentencing to the Honorable Fernando M. Olguin.

DATED: October 22, 2021

Respectfully submitted,

_____/s/_____
CARLOS GROSSI, PRO SE

DEFENDANT'S SENTENCING LETTER TO THE JUDGE

October 22, 2021

To the Honorable Fernando M. Olguin:

I am going to use the forward words from the author Robert Jones Jr., The Prophets, New York, 2021, as my final words ("you" means plurality of authorities, not as a singular).

"You are not lost so much as you are betrayed by fools who mistook glimmer for power. They gave away all the symbols that hold sway. The penance for this is lasting. Your blood will have long been diluted by the time reason finally takes hold. Or the world itself will have been reduced to ash, making memory beside the point. But yes, you have been wronged. And you will do wrong. Again. And again. And again. Until finally, you wake. Which is why we are here, speaking with you now.

A story is coming.

Your story is coming.

It is the whole purpose of your being. Being (t)here. The first time you arrived you were not in chains. You were greeted warmly and exchanged food, art, and purpose with those who knew that neither people nor land should be owned. Our responsibility is to tell you the truth. But since you were never told the truth, you will believe it a lie. Lies are more affectionate then truth and embrace with both arms. Prying you loose is our punishment.

Yes, we too have been punished. We all have. Because there are no innocents. Innocence, we have discovered, is the most serious atrocity of all. It is what separates the living from the dead.

Eh?

A what now?

Haha.

Forgive our laughter.

You thought you were the living and we were the dead?"

DATED: October 22, 2021                        Respectfully submitted,

                                               _____/s/_____
                                               CARLOS GROSSI, PRO SE