CARLOS GROSSI
Reg. No. 78059-112
Metropolitan Detention Center
P.O. Box 1500
Los Angeles, CA 90053

PRO SE

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>  )<br>CARLOS GROSSI,  )<br>  )<br>  Defendant.  )<br>_____  ) | Case No.: CR-19-302-FMO<br><br>**DEFENDANT'S SUPPLEMENT TO "POSITION RE: SENTENCING: EXHIBITS A-L" (DKT 246): EXHIBIT**<br><br>Proposed Hearing Date: August 19, 2021<br>Proposed Time: 10:00 a.m.<br>Department: 6D |

TO: ACTING UNITED STATES ATTORNEY TRACY L. WILKISON AND ASSISTANT UNITED STATES ATTORNEYS OF RECORD:

Defendant Carlos Grossi (herein "Mr. Grossi"), PRO SE, hereby submits his first addendum to his position regarding sentencing to include the last agreement offered by the Government as an exhibit (EXHIBIT M) that corroborates Mr. Grossi's rights for: (1) a four-level downward variance due to his minimal role in the offense; (2) a two-level downward variance due to COVID-19 pandemic; and (3) a two-level downward variance due to *Booker v. United States*.

DATED: November 2, 2021                         Respectfully submitted,

                                                           /s/
                                                CARLOS GROSSI, PRO SE